# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| ALLEN K. SCRIBNER, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff George E. Jacobs IV ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Plaintiff filed this action on September 18, 2006. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 and California law against defendants Martinez, German, Northcutt, and Does 1 and 2 for use of excessive physical force, assault and battery, and intentional infliction of emotional distress; and against defendants Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to plaintiff's serious medical needs.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended dismissal of plaintiff's other claims and dismissal of the other named defendants for failure to state a claim.

1

1. Service is appropriate for the following defendants:[2]

    SGT. J. M. MARTINEZ

    C/O GERMAN

    C/O NORTHCUTT

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 18, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed complaint filed September 18, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **March 27, 2007**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

3b142a

---

[2] The Marshal cannot initiate service on unknown defendants. Plaintiff will need to seek leave to amend to substitute the true names of the Doe defendants once he learns who they are. See <u>Wakefield v. Thompson</u>, 177 F.3d 1160, 1163 (9th Cir. 1999); <u>Merritt v. Los Angeles</u>, 875 F.2d 765, 768 (9th Cir. 1989); see <u>Swartz v. Gold Dust Casino, Inc.</u>, 91 F.R.D. 543, 547 (D. Nev. 1981).