UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-01280-AWI-NEW-DLB PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |

   Plaintiff George E. Jacobs IV ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On March 28, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C. §
2 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de
3 novo</u> review of this case.  Having carefully reviewed the entire
4 file, the Court finds the Findings and Recommendations to be
5 supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed March 28, 2007,
8 is ADOPTED IN FULL;
9    2.   This action shall proceed on plaintiff's original
10 complaint, filed September 18, 2006, against defendants Martinez,
11 German, Northcutt, and Does 1 and 2 for use of excessive physical
12 force, assault and battery, and intentional infliction of
13 emotional distress; and, against defendants Martinez and Does 3,
14 4, and 6-10 for acting with deliberate indifference to
15 plaintiff's serious medical needs;
16    3.   Plaintiff's claim arising from the issuance of the
17 memorandum on January 26, 2005, is DISMISSED, with prejudice, for
18 failure to state a claim upon which relief may be granted;
19    4.   Plaintiff's excessive force claim against defendant Doe
20 14, based on the yanking of his handcuff chain on February 19,
21 2005, is DISMISSED, with prejudice, for failure to state a claim
22 upon which relief may be granted;
23    5.   Plaintiff's medical care claim against defendant Doe 5,
24 is DISMISSED, with prejudice, for failure to state a claim upon
25 which relief may be granted;
26    6.   Plaintiff's claim arising from the conditions of the
27 management cell, is DISMISSED, with prejudice, for failure to
28 state a claim upon which relief may be granted;

7. Plaintiff's retaliation claim is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted;

8. Plaintiff's conspiracy claim is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted;

9. Plaintiff's state law tort claims, other than his claims for assault and battery and intentional infliction of emotional distress against defendants Martinez, German, Northcutt, and Does 1 and 2 arising from the incident of excessive force on January 26, 2005, are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted; and,

10. Defendants Scribner, Watson, Ortiz, Lowden, Ruiz, and Does 5 and 11-14 are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   June 2, 2007**                   /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE