# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT GERMAN |
| v. | |
| ALLEN K. SCRIBNER, et al., | (Doc. 27) |
| Defendants. | |

On September 25, 2007, defendant German filed an answer to plaintiff's complaint. Application of the discovery and scheduling order filed on August 16, 2007, is HEREBY EXTENDED to defendant German.

IT IS SO ORDERED.

Dated:   **September 26, 2007**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE