# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEGAL SUPPLIES |
| v. | (Doc. 30) |
| ALLEN K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff George E. Jacobs IV ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2007, plaintiff filed a motion seeking the provision of certain legal supplies by either the court or the prison.

The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by plaintiff in the instant motion, and there is no other basis for providing legal supplies as sought by plaintiff in his motion. While plaintiff is entitled to access to the courts, facilitation of that access is flexible and does not require the provision of set supplies. The record in this action does not reflect that plaintiff is being prevented from litigating this action due to lack of legal supplies.[1]

---

[1] Inmates have a fundamental constitutional right of access to the courts. Lewis v. Casey, 518 U.S. 343, 346 (1996). However, the right of access is merely the right to bring to court a grievance the inmate wishes to present, limited to direct criminal appeals, habeas petitions, and civil rights actions, and the state is not required to enable the inmate to discover grievances or to litigate effectively once in court. Id. at 354.

1

1 | Accordingly, plaintiff's motion for legal supplies is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 26, 2008**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE