# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-01280-AWI-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM, AND PLACING PARTIES ON NOTICE THAT THE SUBPOENA TO UMC WILL ISSUE AFTER FIFTEEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>(Doc. 34)<br><br>ORDER PROVIDING PLAINTIFF WITH FIFTEEN DAYS WITHIN WHICH TO NOTIFY COURT WHETHER HE CONSENTS TO THE PROPOSED PROCEDURE FOR THE PRODUCTION OF HIS MEDICAL RECORDS |

On February 19, 2008, Plaintiff George E. Jacobs IV ("Plaintiff") filed a motion seeking the issuance of a subpoena duces tecum. Fed. R. Civ. P. 45. Plaintiff is seeking his medical records from University Medical Center ("UMC"), where he was treated on February 2, 2005, and February 3, 2005. Plaintiff is proceeding pro se and in forma pauperis, and is entitled to service of the subpoena by the United States Marshal. 28 U.S.C. § 1915(d). The documents sought pertain to injuries Plaintiff allegedly sustained as a result of the incident of excessive force at issue in this action, and his motion shall be granted.

Pursuant to Federal Rule of Civil Procedure 45(b)(1), this order provides the requisite notice to the parties that the Court will, after fifteen days from the date of service of this order, issue the subpoena and direct the United States Marshal to effect personal service.

1

1  The Court recommends that Plaintiff allow the records to be sent to the Court, at which time
2  the Court will forward a copy to Plaintiff and will provide a copy for Defendants. However, because
3  of the nature of the documents, Plaintiff must give his written permission for this procedure. If
4  Plaintiff objects, the documents will be sent directly to him and he must then provide a copy to
5  Defendants' counsel. Plaintiff has fifteen days from the date of service of this order within which
6  to notify the Court whether he is willing to consent to the aforementioned procedure. If Plaintiff fails
7  to respond within fifteen days, his lack of response will be deemed an objection to the suggested
8  procedure.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for the issuance of a subpoena duces tecum, filed February 19, 2008, is GRANTED;

2. Pursuant to Rule 45(b)(1), the parties are placed on notice that a subpoena duces tecum to UMC shall be issued after **fifteen (15) days** from the date of service of this order; and

3. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall notify the Court whether or not he consents to the proposed procedure outlined herein for the production of his medical records.

IT IS SO ORDERED.

Dated:   **June 25, 2008**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE