1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| 10          Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY UNITED |
| 11      v. | STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| 12  ALLEN K. SCRIBNER, et al., | (Docs. 34 and 54 ) |
| 13          Defendants. | |

14

15   This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff George Jacobs, a

16  state prisoner proceeding pro se and in forma pauperis.  On June 25, 2008, the Court issued an order

17  granting Plaintiff's motion for the issuance of a subpoena duces tecum and providing the requisite

18  notice to the parties that the Court intended, after fifteen days, to issue the subpoena and direct the

19  United States Marshals Service to effect personal service.  Fed. R. Civ. P. 4, 45; 28 U.S.C. §

20  1915(d).

21   Plaintiff has opted for production of the records directly to him rather than to him through

22  the Court.  (Doc. 56.)  <u>Therefore, Plaintiff is reminded that he is required to provide Defendants'</u>

23  <u>counsel with a complete copy of all records produced to him in response to this subpoena.</u>

24   Accordingly, it is HEREBY ORDERED that:

25   1.  The Clerk of the Court shall forward the following documents to the United States

26       Marshals Service:

27  ///

28  ///

1

a. One (1) completed and issued subpoena duces tecum to be served on:[1]

> **University Medical Center**
> **Health Information Management Dept.**
> **2530 E. Divisadero St.**
> **Fresno, CA 93721**

b. One (1) completed USM-285 form; and

c. Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2. Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:    **July 21, 2008**                    **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The subpoena covers the records sought by Plaintiff in requests 1-5 of his motion. (Doc. 34, court record pg. 4.) Request 6 seeks the identification of those on duty at UMC on February 2, 2005, and February 3, 2005. Plaintiff may seek records only and may not propound an interrogatory on non-party UMC. Therefore, the subpoena does not cover the information sought in request 6.