# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01280-AWI-GSA PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE BIRTH DATE OR SOCIAL SECURITY NUMBER FOR RECORDS REQUEST<br><br>(Doc. 58) |

　　On July 23, 2008, the Court directed the United States Marshal to serve a subpoena for the production of medical records on University Medical Center. Service of the subpoena has been effected, but the Court has been notified by UMC that it needs Plaintiff's birth date or social security number in order to comply with the records request.

　　Accordingly, within **five (5) calendar days** of the receipt of this order, Plaintiff SHALL provide his birth date or social security number directly to the chambers of the undersigned so that UMC can gather and produce Plaintiff's medical records in compliance with the subpoena.[1] Plaintiff shall mark the letter confidential so that it is routed correctly.

　　IT IS SO ORDERED.

　　Dated:　**August 3, 2008**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Chambers of Magistrate Judge Gary S. Austin, United States District Court, 2500 Tulare Street, Room 5916, Fresno, CA 93721.

1