UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO PROVIDE BIRTH DATE OR SOCIAL SECURITY NUMBER FOR RECORDS REQUEST |
| v. | |
| ALLEN K. SCRIBNER, et al., | (Doc. 61) |
| Defendants. | |

On July 23, 2008, the Court directed the United States Marshal to serve a subpoena for the production of medical records on University Medical Center. Service of the subpoena was effected, but the Court was notified by UMC that it needs Plaintiff's birth date or social security number in order to comply with the records request. Pursuant to order filed August 4, 2008, Plaintiff was directed to provide his birth date or social security number directly to the chambers of the undersigned so that UMC can gather and produce Plaintiff's medical records in compliance with the subpoena.

Plaintiff's response to the order was received on August 11, 2008, and UMC has been provided with the necessary information. Accordingly, the Court's order of August 4, 2008, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **August 24, 2008**          /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE