# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT |
| v. | |
| ALLEN K. SCRIBNER, et al., | ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON DECEMBER 11, 2008, AT 11:00 A.M., AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE DECEMBER 1, 2008 |
| Defendants. | |

In response to the Court's order of October 7, 2008, Plaintiff and Defendants indicated that a settlement conference with Judge Vadas may be beneficial in resolving this case.[1]  Accordingly, it is HEREBY ORDERED that:

1. This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2. The settlement conference shall be conducted on December 11, 2008, at 11:00 a.m. before Judge Vadas at California State Prison-Solano;[2]

3. Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings; and

---

[1] Plaintiff indicated a preference for a telephonic or video conference, if possible.  As stated in the Court's order, the conference is conducted by Judge Vadas with Plaintiff and Defendants' counsel personally present.

[2] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

4.	On or before December 1, 2008, Plaintiff and Defendants shall submit confidential settlement conference statements by mail to:

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

IT IS SO ORDERED.

**Dated:  November 10, 2008**              /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE