# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | ORDER STAYING CASE PENDING COMPLETION OF SETTLEMENT CONFERENCE BEFORE JUDGE VADAS |
| v. | |
| ALLEN K. SCRIBNER, et al., | |
| Defendants. | |

In a separate order issued concurrently with this order, the Court set a settlement conference before United States Magistrate Judge Nandor Vadas on December 11, 2008. This case is HEREBY ORDERED STAYED in its entirety pending completion of the settlement conference before Judge Vadas.

IT IS SO ORDERED.

Dated:   **November 10, 2008**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1