IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>       Plaintiff,<br><br>              v<br><br>ALLEN K. SCRIBER et al.,<br><br>       Defendants. | Case No C 06-1280 AWI GSA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 11, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Chris Becker

☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____ .

☒ The parties are unable to reach an agreement at this time.

Date: 12/31/08

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBS | No. C 06-1280 |
| v. | CERTIFICATE OF SERVICE |
| SCRIBNER | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**George E. Jacobs, IV**
J-48666
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3