# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S RENEWAL MOTIONS TO COMPEL |
| ALLEN K. SCRIBNER, et al., | (Docs. 92 and 93) |
| Defendants. | |

**Order Striking Plaintiff's Renewal Motions to Compel**

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law.  This action is proceeding on Plaintiff's complaint, filed September 18, 2006, against Defendants Martinez, German, Northcutt, and two Doe defendants for use of excessive physical force, assault and battery, and intentional infliction of emotional distress; and against Defendant Martinez for acting with deliberate indifference to Plaintiff's serious medical needs.

On March 3, 2008, Plaintiff filed a motion to compel further responses to his interrogatories. (Doc. 41.) On March 18, 2008, Defendants filed an opposition and Plaintiff filed a reply on April 11, 2008. (Docs. 43 and 50.) On March 7, 2008, Plaintiff filed a motion to compel further responses to his requests for the production of documents. (Doc. 42.) Defendants filed an opposition on March 18, 2008 and Plaintiff filed a reply on April 7, 2008. (Docs. 44, 48.) On September 24, 2009 and September 25, 2009, this Court issued orders on both of

1 Plaintiff's motions granting them in part and denying them in part. (Docs. 87 and 88.) Plaintiff
2 filed a "Renewal Motion to Compel Responses to Demand for Productions, Set One, Two, and
3 Three" and a "Renewal Motion to Compel Responses to Interrogatories Set One" on October 16,
4 2009 and October 23, 2009 respectively. (Docs. 92 and 93.)

5 This Court extended a significant amount of its limited resources to issue detailed and
6 lengthy orders resolving the discovery disputes which Plaintiff raised in his motions to compel.
7 The Court's Orders granting in part and denying in part Plaintiff's motions to compel further
8 responses to his interrogatories and requests for production of documents were final orders and
9 did not invite Plaintiff to resubmit either motion for clarification, or further consideration.
10 Plaintiff provides no explanation for filing the present motions, nor comments on this Court's
11 prior orders on these discovery issues in any way. *E.g.* Marlyn Nutraceuticals, Inc. v. Mucos
12 Pharma GmbH & Co., 571 F.3d 873, 880 (9th Cir. 2009); Harvest v. Castro, 531 F.3d 737, 749
13 (9th Cir. 2008); Fed. R. Civ. P. 60(b)(6).

14 Plaintiff's renewal motions are not authorized at this time, would constitute an undue
15 consumption of court resource and therefore will be stricken from the record.

16 Accordingly, it is hereby ORDERED that Plaintiff's Renewal Motion to Compel
17 Responses to Demand for Productions Set One, Two, and Three, filed October 16, 2009, and his
18 Renewal Motion to Compel Responses to Interrogatories Set One, filed October 23, 2009 be
19 stricken without prejudice. The Clerk of the Court is hereby directed to strike Plaintiff's
20 Renewal Motion to Compel Responses to Demand for Productions Set One, Two, and Three
21 (Doc. 92) and Plaintiff's Renewal Motion to Compel Responses to Interrogatories Set one (Doc.
22 93) from the record.

23
24    IT IS SO ORDERED.
25    Dated:   **October 27, 2009**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE
26
27
28

2