# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01280-AWI-GSA PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT NUNC PRO TUNC<br><br>(Doc. 80) |

**Order on Defendants' Request For Leave
to File Motion for Partial Summary Judgment**

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. This action is proceeding on Plaintiff's complaint, filed September 18, 2006, against Defendants Martinez, German, Northcutt, and two Doe defendants for use of excessive physical force, assault and battery, and intentional infliction of emotional distress; and against Defendant Martinez for acting with deliberate indifference to Plaintiff's serious medical needs.

Plaintiff filed the Complaint on September 18, 2006. (Doc. 1.) Defendants Martinez and Northcutt filed their Answer to the Complaint on July 25, 2007. (Doc. 21.) On August 16, 2007, the Court issued a Discovery Order and Scheduling Order setting the following deadlines: Unenumerated Rule 12(b) Motion Deadline – October 20, 2007; Deadline to Amend Pleadings – February 20, 2008; Discovery Cut-Off (Including Filing Motions to Compel) Deadline – April 21, 2008; and Dispositive Motion Deadline – June 20, 2008. (Doc. 23.) Defendant German filed

his Answer to the Complaint on September 25, 2007 and the Court filed an order extending application of the Discovery and Scheduling order to Defendant German the next day. (Docs. 27 and 28.) On January 2, 2008, Plaintiff filed his first motion requesting an extension of time to amend pleadings. (Doc. 32.) The Court granted Plaintiff thirty (30) days from January 18, 2008 within which to file an amended pleading. (Docs. 33 and 34.) On February 19, 2008, Plaintiff filed another motion requesting an extension of time to amend pleadings. (Doc. 35.) The Court, noting Plaintiff's three motions to compel and for sanctions pending before it and that Plaintiff was attempting to obtain the identities of the Doe defendants through discovery, granted Plaintiff's motion for an extension of time to amend pleadings indicating that a new deadline would be set subsequent to resolution of Plaintiff's motions to compel. (Doc. 53.) Plaintiff filed a motion for extension of time to serve additional interrogatories upon Defendants which he subsequently withdrew. (Docs. 57 and 59.)

On October 7, 1008, the Court issued an order requiring the parties to provide notification as to whether a settlement conference before U.S. Magistrate Judge Nador Vadas would be beneficial. (Doc. 66.) Both parties responded in the affirmative and this Court issued an order cross-designating the case to Judge Vadas for settlement conference and an order staying the case pending completion thereof. (Docs. 70 and 71.) An unsuccessful settlement conference was held on December 11, 2008. (Doc. 75.)

On March 27, 2009, Defendants Martinez, German, and Northcutt filed a request for leave to file a motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 16(b)(4) along with their motion for partial summary judgment. (Docs. 80 and 82.) Plaintiff filed neither opposition nor objection to this request. Further, in his opposition to Defendants' motion for partial summary judgment Plaintiff did not raise the issue of untimely filing, nor any objections based thereon. Defendants' motion for partial summary judgment has been addressed by the undersigned and Plaintiff's discovery motions have all been ruled on. (Docs. 54, 55, 85, 86, 87, 88, 90, and 95.)

Plaintiff sought and was granted extension of amended pleading deadlines until the discovery motions were resolved. As a practical and logical matter, and as is the practice of this

1 Court, when a deadline to amend pleadings has been granted, the deadlines for filing discovery
2 motions and dispositive motions are also necessarily extended.  As is obvious from this Court's
3 recent rulings on Plaintiff's discovery motions, discovery is nearing completion, but remains
4 open through the near future.  As such, and particularly given the convoluted history of
5 scheduling and staying deadlines in this case, it would be inapposite to prohibit Defendants from
6 moving on dispositive issues while allowing Plaintiff to complete discovery.  In addition, and not
7 withstanding the preceding, Defendants request establishes good cause for modification of the
8 scheduling order per Fed. Rule Civ. P. 16(b)(4).

9 Accordingly, it is HEREBY ORDERED that Defendants' request for leave to file a
10 motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 16(b)(4), filed
11 March 27, 2009, is granted nunc pro tunc to March 27, 2009; and the prior stay on this case
12 pending completion of the settlement conference in front of Judge Vadas is lifted.

13 IT IS SO ORDERED.

14 Dated:   **October 28, 2009**                           **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE