# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:06-cv-01280-AWI-GSA PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO SUBMIT STATUS REPORTS |
| v. | |
| ALLEN K. SCRIBNER, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California law. This action is proceeding on Plaintiff's complaint, filed September 18, 2006, against Defendants Martinez, German, Northcutt, and two Doe defendants for use of excessive physical force, assault and battery, and intentional infliction of emotional distress; and against Defendant Martinez for acting with deliberate indifference to Plaintiff's serious medical needs.

Plaintiff and Defendants shall notify the Court as to whether there is any need and/or desire to amend the pleadings (if so identifying all desired amendments with specificity); whether there is a need for any further discovery (if so, identifying specifically what form of discovery is needed and the anticipated number of days for completion); whether either party wishes to file any pre-trial non-dispositive motions; and whether either party wishes to file any pre-trial dispositive motions.

It is the intention of the Court to set an amended shortened scheduling order once it has considered the parties' status reports and further needs. If neither Plaintiff nor Defendants notify

the Court of the need for any of the above, and/or fail to provide the requisite status report to the Court within the time ordered herein, the case shall be deemed at issue and will be scheduled for a jury trial.

<u>Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.</u>

IT IS SO ORDERED.

Dated:   **October 29, 2009**            /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

2