# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, | CASE NO. 1:06-CV-01280-AWI-GSA PC |
| Plaintiff, | |
| vs. | ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| ALLEN K. SCRIBNER, et al. | |
| Defendants. / | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to provide information for service of process on form USM-285, and information to complete a subpoena for production of documents. Plaintiff has submitted the required papers. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued subpoena to be served on University Medical Center;

    (2) One completed USM-285 form; and

    (3) One copy of this order for University Medical Center, plus an extra copy for the Marshal.

2. Within thirty days from the date of this order, the United States Marshal is directed to serve a the subpoena on University Medical Center in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon University Medical Center pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   **November 9, 2009**        **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE