# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01280-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DEEM REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND PRODUCTION OF DOCUMENTS ADMITTED AND FOR MONETARY SANCTIONS<br><br>(Doc. 113) |

Plaintiff George E. Jacobs IV ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 15, 2009, Defendants filed a second motion seeking an extension of time to serve their responses to Plaintiff's discovery requests as ordered by the Court in response to Plaintiff's motions to compel discovery responses (Docs. 87, 88, 95, 106) which was approved on December 16, 2009 (Doc. 109). On December 28, 2009, Plaintiff filed a motion to deem requests for admissions, interrogatories, and production of documents admitted and seeking imposition of monetary sanctions. (Doc. 113.) Defendants filed their opposition on January 6, 2010. (Doc. 114.) Plaintiff has not yet filed a reply.[1]

Since the due date for service of Defendants responses to discovery sought by Plaintiff has

---

[1] Plaintiff's motion seeks relief which Plaintiff is not yet, and may not ever be entitled to in this action. (Doc. 83, 7:2-8.) The Court need not await the filing of a reply by Plaintiff where there exists no arguments and/or evidence Plaintiff could possibly present that would change the Court's ruling on this motion.

1

not yet arrived, Plaintiff's motion that his requests be deemed admitted and that mandatory sanctions be imposed is premature.

Accordingly, Plaintiff's motion that his requests for admissions, interrogatories, and production of documents be deemed admitted and that monetary sanctions be imposed is DENIED as premature.

IT IS SO ORDERED.

Dated:   **January 8, 2010**                   **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE