# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01280-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S PETITIONS FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM AS PREMATURE<br><br>(Docs. 115 & 116) |

Plaintiff George E. Jacobs IV ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 28, 2009, Plaintiff filed two petitions requesting writs of habeas corpus ad testificandum issue for himself and another inmate to be transported to this Court to testify at the trial of this case. (Docs. 115 & 116.) This case is not currently set for trial such that it would be premature for this Court to issue the writs Plaintiff seeks.[1]

Accordingly, Plaintiff's petitions requesting writs of habeas corpus ad testificandum is DENIED as premature.

---

[1] Plaintiff will be advised of the procedures for securing witnesses to testify at the trial of this action in the second scheduling order which will issue when and/or if this case receives a trial date.

1

IT IS SO ORDERED.

**Dated:** **January 8, 2010**               /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE