IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | 1:06-cv-01280-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION |
| vs. | (Doc. 150.) |
| ALLEN K. SCRIBNER, et al., | ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION, IF HE SO WISHES |
| Defendant. | |
| | THIRTY DAY DEADLINE |

George E. Jacobs IV ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's original Complaint, filed on September 18, 2006, against defendants Sgt. J. M. Martinez, C/O German, C/O Northcutt, and Does 1 and 2 for use of excessive physical force, and against defendants Sgt. J. M. Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to Plaintiff's serious medical needs.[1] (Doc. 1.)

---

[1] On June 4, 2007, the Court ordered that this action proceed on Plaintiff's original Complaint against defendants Martinez, German, Northcutt, and Does 1 and 2 for use of excessive force, assault and battery, and intentional infliction of emotional distress; and against defendants Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to Plaintiff's serious medical needs; and all other defendants and claims were dismissed by the Court based on Plaintiff's failure to state a claim. (Doc. 17.) On November 16, 2009, summary judgment was granted in favor of Defendants on Plaintiff's claims for assault and battery and intentional infliction of emotional distress under California law. (Doc. 101.) Plaintiff has not sufficiently identified the Doe defendants to enable service of process by the Marshal. (See Doc. 101 at 2 fn.2.)

1

1  On May 25, 2010, Defendants filed a motion for summary judgment, which is now pending.
2  (Doc. 121.) On August 9, 2010, Plaintiff filed an opposition to the motion. (Doc. 137.)
3  On July 25, 2012, Defendants provided Plaintiff with a Rand Warning and requested that
4  Plaintiff be permitted to file a supplemental opposition to the motion for summary judgment. (Doc.
5  150.) Defendants' motion to permit Plaintiff to file a supplemental opposition is now before the
6  Court.

## I. DEFENDANT'S MOTION

Defendants have served a Rand Warning upon Plaintiff, which informs Plaintiff of his rights and responsibilities in opposing a motion for summary judgment. Defendants also request that in light of the Ninth Circuit's decision in Woods v. Carey, Nos. 09-15548, 09-16113, 2012 WL 2626912, *1 (9th Cir. July 6, 2012), Plaintiff be permitted to file a supplemental briefing in opposition to the pending motion for summary judgment in this action.

## II. DISCUSSION

In Woods, the Ninth Circuit required that a prisoner proceeding pro se with a civil rights action, such as Plaintiff, be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought. Woods, 2012 WL 2626912 at *5. Thus, the notice given by the Court in this case more than five years ago does not suffice.[2] On July 10, 2012, the Court re-served the Second Informational Order upon Plaintiff. (Doc. 149.)

The Court finds good cause at this juncture to open a thirty-day time period for Plaintiff to file further opposition to the pending motion for summary judgment, if he so wishes. Therefore, Defendant's motion for Plaintiff be permitted to file further opposition shall be granted. The Court will not consider multiple oppositions, however, and Plaintiff has two options upon receipt of this order. Plaintiff may either (1) stand on his previously-filed opposition or (2) withdraw it and file

///

---

[2] The Court first served the Second Informational Order, providing "fair notice" of the requirements, upon Plaintiff on May 27, 2007. (Doc. 16.)

2

an Amended Opposition. The Amended Opposition, if any, must be complete in itself and must not refer back to any of the opposition documents Plaintiff filed on August 9, 2010. L.R. 220.[3]

### III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to allow further briefing by Plaintiff is GRANTED;
2. Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition and file an Amended Opposition to Defendants' motion for summary judgment of May 25, 2010;
3. If Plaintiff does not file an Amended Opposition in response to this order, his existing opposition will be considered in resolving Defendants' motion for summary judgment; and
4. If Plaintiff elects to file an Amended Opposition, Defendants may file a reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   July 27, 2012             /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

---

[3] Local Rule 220 provides, in part: "Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading."