1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   GEORGE E. JACOBS IV,                    1:06-cv-01280-AWI-GSA-PC

11            Plaintiff,                     ORDER STRIKING PLAINTIFF'S NOTICE
                                             OF WITHDRAWAL OF CONSENT
12        vs.                                (Doc. 153.)

13   ALLEN K. SCRIBNER,  et al.,

14            Defendants.

15

16        George E. Jacobs IV ("Plaintiff") is a prisoner proceeding pro se with this civil rights

17   action pursuant to 42 U.S.C. § 1983.   This action now proceeds on Plaintiff's original

18   Complaint, filed on September 18, 2006, against defendants Sgt. J. M. Martinez, C/O German,

19   C/O Northcutt, and Does 1 and 2 for use of excessive physical force, and against defendants

20   Sgt. J. M. Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to Plaintiff's

21   serious medical needs.[1]  (Doc. 1.)

22   ///

23   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

24        [1] On June 4, 2007, the Court ordered that this action proceed on Plaintiff's original Complaint against
     defendants Martinez, German, Northcutt, and Does 1 and 2 for use of excessive force, assault and battery, and
25   intentional infliction of emotional distress; and against defendants Martinez and Does 3, 4, and 6-10 for acting
     with deliberate indifference to Plaintiff's serious medical needs; and all other defendants and claims were
26   dismissed by the Court based on Plaintiff's failure to state a claim.  (Doc. 17.)  On November 16, 2009, summary
     judgment was granted in favor of Defendants on Plaintiff's claims for assault and battery and intentional infliction
27   of emotional distress under California law.  (Doc. 101.)  Plaintiff has not sufficiently identified the Doe defendants
     to enable service of process by the Marshal.  (See Doc. 101 at 2 fn.2.)

28

On February 15, 2013, Plaintiff filed a notice of withdrawal of his consent to the jurisdiction of a Magistrate Judge.  (Doc. 153.)  Plaintiff is advised that he has not consented to the jurisdiction of a Magistrate Judge in this action.  In fact, on September 28, 2006, Plaintiff filed a form declining the jurisdiction of a Magistrate Judge.  (Doc. 4.)  Therefore, Plaintiff's notice of withdrawal of his consent is of no consequence in this action and shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice of withdrawal of his consent to the jurisdiction of a Magistrate Judge, filed on February 15, 2013, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **June 10, 2013**                            **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE