UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>           Plaintiff,<br><br>      vs.<br><br>ALLEN K. SCRIBNER, et al.,<br><br>           Defendants. | 1:06-cv-01280-AWI-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 148.) |

George E. Jacobs IV ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's original Complaint, filed on September 18, 2006, against defendants Sgt. J. M. Martinez, C/O German, C/O Northcutt, and Does 1 and 2 for use of excessive physical force, and against defendants Sgt. J. M. Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to Plaintiff's serious medical needs.[1]  (Doc. 1.)

///

---

[1] On June 4, 2007, the Court ordered that this action proceed on Plaintiff's original Complaint against defendants Martinez, German, Northcutt, and Does 1 and 2 for use of excessive force, assault and battery, and intentional infliction of emotional distress; and against defendants Martinez and Does 3, 4, and 6-10 for acting with deliberate indifference to Plaintiff's serious medical needs; and all other defendants and claims were dismissed by the Court based on Plaintiff's failure to state a claim.  (Doc. 17.)  On November 16, 2009, summary judgment was granted in favor of Defendants on Plaintiff's claims for assault and battery and intentional infliction of emotional distress under California law.  (Doc. 101.)  Plaintiff has not sufficiently identified the Doe defendants to enable service of process by the Marshal.  (See Doc. 101 at 2 fn.2.)

On May 11, 2012, Plaintiff filed a motion for a court ruling on Defendants' motion for summary judgment.  (Doc. 148.)  On April 11, 2014, the court entered findings and recommendations, recommending that the motion for summary judgment be granted in part. (Doc. 157.)  Therefore, Plaintiff's motion for a court ruling is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a court ruling, filed on May 11, 2012, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 14, 2014**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE