# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>   Plaintiff,<br><br>   vs.<br><br>C/O J. M. MARTINEZ, C/O GERMAN, and C/O NORTHCUTT,<br><br>   Defendants. | 1:06-cv-01280-AWI-EPG-PC<br><br>ORDER FOR DEFENDANTS TO RESPOND NO LATER THAN DECEMBER 9, 2015 |

   George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. This case is scheduled for a telephonic trial confirmation hearing on January 11, 2016, and for trial on February 23, 2016.

   The Court is in receipt of Plaintiff's Notice filed on November 25, 2015 (Doc. No. 172), in which he informs the Court that he was critically injured during a prison riot on November 13, 2015. Plaintiff's injuries appear severe enough to call into question the viability of the currently set trial and pre-trial conference dates. Given Plaintiff's description of his physical injuries, and before the Court takes any further action, it is appropriate to obtain a response from Defendants.

   Accordingly, IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's Notice, including their assessment of the viability of proceeding with the currently set dates and deadlines scheduled for this case, as soon as possible but no later than December 9, 2015.

IT IS SO ORDERED.

Dated:   December 2, 2015                               _____
                                                                            SENIOR DISTRICT JUDGE

1