**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE E. JACOBS IV,** | 1:06-cv-01280-AWI-EPG (PC) |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE AND ORDERING PLAINTIFF TO FILE A STATUS UPDATE** |
| v. | |
| **C/O J.M. MARTINEZ, C/O GERMAN, and C/O NORTHCUTT** | |
| Defendants. | |

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prison proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This Court was informed by Plaintiff on November 25, 2015 that, as a result of a prison riot, he was injured and would be unable to proceed to the then-scheduled jury trial on February 23, 2016. On December 4, 2015 this Court vacated the scheduled dates and set a status conference on this matter for May 16, 2016. Doc. 175. The Court also required Plaintiff to file a status update at least two weeks prior to the May 16, 2016 conference, apprising the Court of his physical condition and attaching any supporting medical documentation. Doc. 175. Plaintiff failed to submit the required status update.

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference scheduled for May 16, 2016 is CONTINUED to June 27, 2016;

1

      2. Plaintiff is ORDERED to submit a status update, apprising the Court of his physical condition and attaching any supporting documentation. That status update must be received by the Court no later than June 13, 2016.

Plaintiff's failure to file the required status update will result in dismissal of this action for failure to comply with the Court's Order.

IT IS SO ORDERED.

Dated:  May 9, 2016                                     /s/ signature
                                               SENIOR  DISTRICT  JUDGE