UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>      Plaintiff,<br><br>    vs.<br><br>C/O J. M. MARTINEZ,<br><br>C/O GERMAN, and<br><br>C/O NORTHCUTT,<br><br>      Defendants. | 1:06-cv-01280-AWI-EPG-PC<br><br>ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S STATUS UPDATE NO LATER THAN 10:00 a.m. on JUNE 23, 2016<br><br>(ECF No. 177.) |

      George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  This case is scheduled for a telephonic trial confirmation hearing on June 27, 2016 at 1:30 p.m. before District Judge Anthony W. Ishii.  Trial has not been scheduled.

      The Court is in receipt of Plaintiff's Status Update filed on June 15, 2016, in which he informs the Court about his physical condition and ability to prosecute this case.[1]  (ECF No. 177.)  Plaintiff reports that his right arm is disabled, including his fingers, and that he is still receiving emergency medical care for his injuries.  Plaintiff states that he has nerve palsy and

---

[1] On November 25, 2015, Plaintiff informed the Court that he was critically injured during a prison riot on November 13, 2015.  (ECF No.

1

requires assistance to write letters and prepare documents for his four active pending civil suits. Plaintiff asserts that he is not physically able to prosecute this case in his current physical state.

Before the case proceeds further, the Court seeks a response from Defendants. Defendants shall file a response to Plaintiff's Status Update, including their assessment of the viability of proceeding with this case, no later than 10:00 a.m. on June 23, 2016.

## ORDER

Accordingly, IT IS HEREBY ORDERED that, as soon as possible but no later than 10:00 a.m. June 23, 2016, Defendants shall file a response to Plaintiff's Status Update of June 15, 2016.[2]

IT IS SO ORDERED.

Dated:  June 17, 2016                             _____
                                                               SENIOR DISTRICT JUDGE

---

[2] The June 27, 2016, 1:30 p.m. status conference remains in place.