# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>C/O MARTINEZ, et al.,<br><br>　　　　Defendants. | 1:06-cv-01280-AWI-EPG-PC<br><br>ORDER APPOINTING COUNSEL |

George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. The court finds that the appointment of counsel is warranted. Adam B. Stirrup has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Adam B. Stirrup is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Adam B. Stirrup, Baradat & Paboojian Inc., 720 W. Alluvial Ave., Fresno, CA 93711.

IT IS SO ORDERED.

Dated:　June 28, 2016　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE