UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>Plaintiff,<br><br>v.<br><br>J.M. MARTINEZ, et al.,<br><br>Defendants. | 1:06-cv-01280-AWI-EPG (PC)<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST FOR THIRTY-DAY EXTENSION TO FILE DISPOSITIONAL DOCUMENTS (ECF NO. 190)<br><br>30-DAY DEADLINE |

Based on the parties' stipulation (ECF No. 190) and good cause appearing, the parties' request for a thirty-day extension to file the dispositional documents, under Local Rule 160, is GRANTED.

The parties shall file the dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 15, 2017**                /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE